UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FURNISS HARKNESS,

    Plaintiff(s),

v.                                    Case No. 10-2868

UNITED STATES OF AMERICA,
    Defendant(s).
_____/

ORDER SETTING TELEPHONE STATUS CONFERENCE AND DIRECTING
COUNSEL TO SUBMIT CASE SUMMARY

The above captioned case having been reassigned to this court for further proceedings, a Status Conference is hereby scheduled **BY TELEPHONE for April 23, 2012 at 11:00 am. [Eastern Standard Time]. THE COURT WILL INITIATE THE CALL.**

Counsel are DIRECTED to confer and prepare a Joint Case Summary for the Court's review. The summary should include a descriptive list of Plaintiff's Claims, Defendant's Responses, any pending discovery issues, all pending motions and a proposed schedule. The summary is to be filed by Plaintiff on the court's docket no later than 3 days prior to the telephone conference.

                                              S/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated:  April 17, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 17, 2012, by electronic and/or ordinary mail.

                                                S/Lisa Wagner  
                                                Case Manager and Deputy Clerk  
                                                (313) 234-5522