UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FURNISS HARKNESS,

    Plaintiff,

v.                                                    Case No. 10-02868

UNITED STATES OF AMERICA,

    Defendant.
                                                     /

**JUDGMENT**

In accordance with the court's June 8, 2012 "Order Granting 'Second Motion to Dismiss as Moot,'"

IT IS ORDERED AND ADJUDGED that the court dismisses Plaintiff Furniss Harkness's complaint.

                                                       THOMAS GOULD
                                                       CLERK OF THE COURT

Dated: June 8, 2012

                                                   BY: s/Lisa Wagner
                                                       Lisa Wagner, Deputy Clerk
                                                       and Case Manager to
                                                       Judge Robert H. Cleland